JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>COUNTY OF LOS ANGELES,<br><br>　　　　　Defendant. | Case No. 2:23-cv-08627-FMO-MAR<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: January 21, 2026

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　United States District Judge